IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DAVID JOSE BROOKS,**<br>    Executor of the Estate of<br>    ANNIE W. BROOKS, and<br>    Next of Kin,<br><br>        Plaintiff,<br><br>    Vs.<br><br>**NURSE M. DAVIS,**<br>**NURSE BLAIR, and**<br>**DEPUTY ANDERSON,**<br><br>        Defendants. | CIVIL ACTION<br>No. 1:11-CV-02023-SCJ |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, through his undersigned counsel, in accordance with FRCP Rule 41(a) (1) (A) ( ii) files this Stipulation of Dismissal Without Prejudice in the above styled case.  The parties shall bear their own costs.

This 12th day of April, 2013.

                                                    Respectfully submitted,

                                                    *s/ McNeill Stokes*
                                                    McNeill Stokes
                                                    Georgia Bar Number 683600
                                                    Attorney for

1040 Peachtree Battle Ave.
Atlanta, Georgia 30327
Telephone 404-352-2144
Facsimile 404-367-0353

*s/ W. Dent Acree*
W. Dent Acree
Georgia Bar Number 001600

Six North Parkway Square
Atlanta, Georgia 30327
Fax: 404-869-3444
Tel No: 404-869-3400
Cell: 404-754-0512

 _s/ LaShawn W. Terry
 LaShawn W. Terry
Georgia Bar Number 702578
Attorney for Defendants

Sr. Assistant City Attorney
City of Atlanta Law Department
68 Mitchell Street, Suite 4100
Atlanta, Georgia 30303-3520

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the date listed below that the foregoing Stipulation of Dismissal without Prejudice was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all attorneys of record.

This 12th day of April, 2013.

*S/McNeill Stokes*
McNeill Stokes
Georgia Bar No. 683600
Attorney for Plaintiff

1040 Peachtree Battle Ave.
Atlanta, Georgia 30327
Telephone: 404-352-2144
Facsimile: 404-367-0353
E-mail: mcstokes@bellsouth.net